**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Alliance Well Service, LLC, a New Mexico Domestic Limited Liability Company |
| United States Bankruptcy Court for the: | DISTRICT OF NEW MEXICO |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Babcock Supply, LLC<br>130 N Grimes St.<br>Hobbs, NM 88240 | | Vendor | | | | $39,979.27 |
| Dragon Rig Sales & Service Ltd.<br>1203 Industrial Park Dr.<br>Victoria, TX 77905 | | Vendor | | | | $45,155.74 |
| Hopper Pump & Drilling Inc.<br>1002 West Pine Lodge Road<br>Roswell, NM 88201 | | Vendor | | | | $40,337.88 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | Unliquidated<br>Disputed | | | $38,529.64 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | (Total $677,181.04, $224,390.93 current owed listed) See Attached Exhibit B.16 | Unliquidated<br>Disputed | $49,127.37 | $224,390.93 | $49,127.37 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | (Total $677,181.04, $224,390.93 current owed listed) See Attached Exhibit B.16 | Unliquidated<br>Disputed | $595,429.72 | $224,390.93 | $449,038.79 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Alliance Well Service, LLC, a New Mexico Domestic Limited Liability Company | | Case number *(if known)* | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | Unliquidated<br>Disputed | | | $246,514.27 |
| New Mexico Tax & Revenue Dept.<br>P.O. Box 8575<br>Albuquerque, NM 87198-8575 | | (Total $677,181.04, $224,390.93 current owed listed)<br>See Attached Exhibit B.16 | Unliquidated<br>Disputed | $95,477.24 | $224,390.93 | $95,477.24 |
| New Mexico Tax & Revenue Dept.<br>P.O. Box 8575<br>Albuquerque, NM 87198-8575 | | (Total $677,181.04, $224,390.93 current owed listed)<br>See Attached Exhibit B.16 | Unliquidated<br>Disputed | $78,202.45 | $224,390.93 | $78,202.45 |
| New Mexico Tax & Revenue Dept.<br>P.O. Box 8575<br>Albuquerque, NM 87198-8575 | | (Total $677,181.04, $224,390.93 current owed listed)<br>See Attached Exhibit B.16 | Unliquidated<br>Disputed | $48,044.20 | $224,390.93 | $48,044.20 |
| Premium Rig Sales<br>102 East 52nd Street<br>Odessa, TX 79762 | | Vendor | | | | $42,148.66 |
| Rachel Marzak<br>3247 N Sycamore Ave.<br>Roswell, NM 88201 | | Unsecured Loan | | | | $90,000.00 |
| Unifirst Uniforms<br>P.O. 894<br>Hobbs, NM 88240 | | Uniform Supplies | | | | $120,000.00 |
| Vista Bank<br>4621 50th Street<br>Lubbock, TX 79414 | | Hydraulic double stack with taurus annulars (x4) | | $150,066.59 | $40,000.00 | $110,066.59 |
| Vista Bank<br>4621 50th Street<br>Lubbock, TX 79414 | | 6 BOP(s) Townsend equevalent manuels, all mounted on special, Utility Trailer 1, Utility Trailer 2, Utility Trailer 3, Utility Trailer 4, Utility Trai | | $77,031.87 | $35,000.00 | $42,031.87 |

| Debtor | Alliance Well Service, LLC, a New Mexico Domestic Limited Liability Company | | Case number *(if known)* | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Western Bank  PO Drawer 500  Artesia, NM 88211 | | Unsecured Loan | | | | $50,000.00 |
| Western Bank  PO Drawer 500  320 West Texas  Artesia, NM  88211-0500 | | Rig 4 - 2007 Service King 350 series 96 foot by 180,000lb derrick | | $216,915.90 | $50,000.00 | $166,915.90 |
| Western Bank  PO Drawer 500  320 West Texas  Artesia, NM  88211-0500 | | RIG1- 1979 500 Series Hopper Gxxta 96 foot by 275,000lbs RIG 2- 2010 500 sereis Hopper Gxxta 106foot by 300,000lb derrick RIG 3 - 2011 Service King 55 | | $676,594.89 | $160,000.00 | $516,594.89 |
| Western Bank  PO Drawer 500  320 West Texas  Artesia, NM  88211-0500 | | Reverse Unit - 2013 Harlow Sammons Cat power with 2.5 Swivvel 140 barrel Mud pit and all is skid mounted | | $525,278.36 | $35,000.00 | $490,278.36 |
| Western Bank  PO Drawer 500  320 West Texas  Artesia, NM  88211-0500 | | RIG 5 - 2013 Service King 550 Series 108 foot by 250,000 lb derrick | | $294,399.29 | $80,000.00 | $214,399.29 |